# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL FRANKS, | ) CASE NO. 5:13 CV 02833 |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| v. | ) ORDER |
| MERCANTILE ADJUSTMENT BUREAU, LLC, | ) |
| Defendant. | ) |

The parties have informed the Court that this matter has been resolved. Accordingly, the docket will be marked "settled and dismissed with prejudice." The parties may submit within thirty (30) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement.

IT IS SO ORDERED.

  February 11, 2014                                    /s/Judge John R. Adams
Date                                                   JUDGE JOHN R. ADAMS
                                                         UNITED STATES DISTRICT COURT